**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1399**

DORA L. ADKINS,

              Plaintiff - Appellant,

       v.

WHOLE FOODS MARKET GROUP, INC.,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:16-cv-00031-CMH-JFA)

Submitted:  August 25, 2016          Decided:  August 29, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se.  John S. Bolesta, OGLETREE
DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Adkins v. Whole Foods Mkt. Grp., Inc., 1:16-cv-00031-CMH-JFA (E.D. Va. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED